**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| BRANDON ROSANO PERALTA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02331-TLP-tmp |
| v. | ) | |
| | ) | |
| SCOTT LADWIG,[1] | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND DIRECTING SERVICE**

Petitioner Brandon Rosano Peralta, a noncitizen detained in the Western District of Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

Within **five days** of this Order, Petitioner shall deliver a copy of the Petition and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").  Within **five days** after Petitioner fully complies with the above requirements, Respondent shall respond to the Petition in writing.  Petitioner may file a reply within **two days** after Respondent's responsive filing.  Petitioner may request an extension of time to reply if he moves for the extension on or before the due date of his reply.  Under Federal Rule of Civil

---

[1] Chistopher Bullock is the current Field Office Director at the U.S. Immigrations and Customs Enforcement New Orleans Field Office.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).  So the Court respectfully **DIRECTS** the Clerk to modify the docket to reflect "Christopher Bullock" as Respondent.

1

Procedure 4(i), Petitioner shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

**SO ORDERED**, this 31st day of March, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE